# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SANDRA REED BOTTINO,

        Plaintiff,

vs.

LAS VEGAS VALLEY WATER DISTRICT,

        Defendant.

Case No. 2:10-cv-00969-LDG-RJJ

**ORDER**

(Waiver of Attendance - Dkt. #14)

Before the court is Defendant's Motion for Waiver of Attendance of Insurance Representative at ENE (Dkt. #14), requesting that Jodi Frede, the insurance representative for Chartis Insurance, be excused from physically attending the ENE currently scheduled for December 7, 2010. The court has reviewed the motion and finds that Defendant has shown good cause for the relief requested.. As such,

**IT IS ORDERED:**

1. That Defendant's Motion for Waiver of Attendance (Dkt. #14) of Jodi Frede is **GRANTED**.

2. Ms. Frede shall be available telephonically for the duration of the ENE session.

Dated this 30th day of November, 2010.

_____
Peggy A. Leen
United States Magistrate Judge