FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411
E-Mail Address:  agolden@laborlawyers.com

Attorneys for Defendant
Las Vegas Valley Water District

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA REED BOTTINO,<br><br>          Plaintiff,<br><br>vs.<br><br>LAS VEGAS VALLEY WATER DISTRICT,<br><br>          Defendant. | Case No.: 2:10-cv-00969-LDG-RJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, Sandra Reed Bottino, by and through her counsel of record, Robert P. Spretnak, Esq., and Defendant, Las Vegas Valley Water District ("LVVWD"), by and through its counsel of record, Fisher & Phillips, LLP, that LVVWD shall be dismissed from this action, with

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

Error! Unknown document property name.

1  prejudice, each party to bear its own attorney's fees and costs.

2  DATED this 19th of January, 2011

3  FISHER & PHILLIPS LLP

4
5  By: /s/ Anthony B. Golden
   Scott M. Mahoney, Esq.
6  Anthony B. Golden, Esq.
   3800 Howard Hughes Parkway
7  Suite 950
   Las Vegas, Nevada  89109
8
9  Attorneys for Defendant

DATED this 14 of January, 2011
LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
Robert P. Spretnak, Esq.
8275 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123

Attorney for Plaintiff

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: 20 JAN 2011

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

- 2 -

Error! Unknown document property name.